UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON DECK, | No. 2:17-cv-234-MCE-KJN (PS) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

On October 26, 2018, the Ninth Circuit Court of Appeals reversed and remanded "for Deck's claims under HBOR [the California Homeowner Bill of Rights Act] only." (ECF No. 61 at 2.) The formal mandate issued on November 19, 2018. (ECF No. 63.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within 28 days of this order, plaintiff shall file an amended complaint. The amended complaint shall be captioned "First Amended Complaint"; shall only assert claims under the California Homeowner Bill of Rights Act; and shall be limited to 30 pages.[1]

---

[1] Because the Ninth Circuit's remand was limited to claims under the California Homeowner Bill of Rights Act, plaintiff is cautioned that an attempt to add additional claims may result in the imposition of sanctions.

1

2. Any response to the first amended complaint shall be filed within 28 days of the filing of the first amended complaint.

IT IS SO ORDERED.

Dated: November 28, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE